# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA

v.

**Damaso Alejandro Rueda-Saldana** Principal
A088 335 990   YOB: 1986
Mexico

United States District Court
Southern District of Texas
FILED

MAR - 2 2015

Clerk of Court

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:

M-15-0327 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 1, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Luis Eduardo Gabriel-Diaz and Erick Natanael Lopez-Domingo, citizens and nationals of Guatemala, along with thirteen (13) other undocumented aliens, for a total of fifteen (15) who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport, by foot, said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**   **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On March 1, 2015, at approximately 2:30 am, Border Patrol Agent Stephen Beckman responded to traffic near Bentsen State park, and encountered 16 subjects hiding in the brush. Agent Beckman identified himself as Border Patrol Agent and questioned the subjects as to their citizenship and immigration status. All 16 subjects freely admitted to being illegally present in the United States. The group was then transported to the Weslaco Border Patrol Station processing.**

**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*Approved*
*Joseph Leonard*

_____
Signature of Complainant

Derek Conrow        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

March 2, 2015                                             at   McAllen, Texas
Date                                                          City and State

Dorina Ramos           , U. S. Magistrate Judge
Name and Title of Judicial Officer                            Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-15- 0327 -M

**RE:** Damaso Alejandro Rueda-Saldana          A088 335 990

**CONTINUATION:**

At the McAllen Border Patrol Station, biometric data was taken from every member of the group, and through these checks and further investigation, agents identified Damaso Alejandro RUEDA-Saldana as the group's foot guide.

**PRINCIPAL'S STATEMENT:**

Damaso Alejandro RUEDA-Saldana was read his rights. RUEDA stated he was willing to provide a statement without the presence of an attorney.

RUEDA told agents he was the foot guide of the group he was apprehended with. According to RUEDA, he was hired by a man he knows as Chino, and he was supposed to be paid $100 per illegal alien he smuggled. RUEDA was on his way to a water tower north of Military Highway and west of Bentsen Palm Drive. There, the group was going to board a white Ford Expedition. RUEDA told agents he is aware smuggling is illegal, but he is trying to provide a better living for his family.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both agreed to provide a statement without the presence of an attorney.

**1-** Luis Eduardo Gabriel-Diaz, a citizen of Guatemala, told agents he was charged $5,000 (USD) to be smuggled to New York, New York. His father made arrangements on his behalf with a man named Chino. Gabriel stated he illegally crossed the Rio Grande River and met up with the man who was going to be the foot guide. According to Gabriel, the foot guide was already on the U.S. side of the river. The foot guide instructed the group to follow him, move quickly, and be quiet. Gabriel identified RUEDA in a photo lineup as the foot guide he was apprehended with.

**2-** Erick Natanael Lopez-Domingo, a citizen of Guatemala, told agents he was charged $45,000 Quetzales to be smuggled to New York, New York. Once Lopez was on the U.S. side of the river, RUEDA introduced himself to the group as the foot-guide and advised them that he was going to take them to McAllen, Texas. RUEDA told the group to stay together, not to make any noise, and follow his instructions. Lopez stated they walked for approximately 1 ½ hours before being apprehended by Border Patrol Agents. Lopez identified RUEDA in a photo lineup as the foot guide of the group.